UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
Eastern Division

Brian Hudgins, et al.

                      Plaintiff,

v.                                               Case No.: 1:16−cv−07331
                                                   Honorable Martha M. Pacold

Total Quality Logistics, LLC

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 10, 2020:

      MINUTE entry before the Honorable Martha M. Pacold: Pretrial conference held on 3/9/2020. For the reasons stated on the record in open court, the motion to open first, to present evidence first, and to close last [257] is granted, and the motion to enforce pretrial stipulation [277] is denied as moot. The Court will rule by mail on the parties' proposed jury instructions and motions in limine [264] and [265]. Telephone conference set for Wednesday, 3/11/2020 at 1:00 p.m. to address the motion to strike witness testimony and to exclude expert report [232], voir dire procedures, and additional follow−up from the pretrial conference.(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.