# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Brian Hudgins, et al.
                              Plaintiff,

v.                                                      Case No.: 1:16−cv−07331
                                                                   Honorable Matthew F. Kennelly

Total Quality Logistics, LLC
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 17, 2024:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic status hearing held on 10/17/2024. Plaintiff's motion for Approval of FLSA Collective Action Settlement [442] is granted. The parties have until 11/15/2024, to attempt resolve attorneys' fees and costs on their own. If the parties are unable to reach a resolution, the plaintiff's fee petition is due on 11/29/2024. The defendant's response to the petition is due on 12/20/2024. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.