UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**BRIAN HUDGINS, et al,**

    **Plaintiffs,**                                    CASE NO.: 1:16-CV-07331

vs.

**TOTAL QUALITY LOGISTICS, LLC,**

    **Defendant.**               /

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

    Plaintiff, Brian Hudgins, on behalf of himself and the Opt-in Plaintiffs who have joined and remain in this matter (collectively "Plaintiffs"), and Defendant, Total Quality Logistics, LLC (collectively referred to as "Parties"), by and through their undersigned counsel and pursuant to the Parties' Settlement Agreement previously approved by this Court on October 17, 2024 [D.E. 443], hereby advise this Court that Plaintiffs' Counsels' claim for attorneys' fees and costs has been resolved in its entirety to be paid to Plaintiffs' Counsel by on or before December13, 2024. Therefore, the Parties agree and stipulate to the dismissal of all Plaintiffs' claims with prejudice pursuant to Paragraph 3.3 of the Parties' Settlement Agreement and Release.

Dated: December 6, 2024.                      Respectfully submitted,

*/s/ Kimberly De Arcangelis*                */s/ Gregory M. Utter*
Kimberly De Arcangelis, Esq.             Gregory M. Utter (*admitted pro hac vice*)
C. Ryan Morgan, Esq.                     Joseph M. Callow, Jr. (*admitted pro hac vice*)
MORGAN & MORGAN, P.A.              Callow + Utter Law Group
20 N. Orange Ave., 14th Floor             8044 Montgomery Road, Suite 170
Orlando, FL 32801                           Cincinnati, Ohio 45236
Telephone: (407) 420-1414                Telephone: (513) 659-3130
Facsimile: (407) 245-3383

                                                Matthew A. Bills

*Attorneys for Plaintiffs*

        Barack Ferrazzano Kirschbaum & Nagelberg LLP
        200 W. Madison St., Ste. 3900
        Chicago, Illinois 60606
        Telephone: (312) 629-7493
        *Attorneys for Defendant Total Quality Logistics, LLC*